AO106(Rev.5/85) Affidavit for Search Warrant

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

In the Matter of the Search of
(Name, address or brief description of person, property, or premises to be searched)

a 1999 black Chevrolet Tahoe
VIN xxxxxxxxxxxxxxxx
DC temporary tag xxxxxx

**APPLICATION AND AFFIDAVIT
FOR SEARCH WARRANT**

CASE NUMBER:

(Further described below)

I   Sean Fitzgerald   being duly sworn depose and say:

I am a(n)   Special Agent with the Federal Bureau of Investigation   and have reason to believe
                           (Official Title)

that  (name, description and or location)
   in a 1999 black Chevrolet Tahoe, VIN xxxxxxxxxxxxxxxx, DC temporary tag xxxxxx, further described in Attachment A of the attached affidavit

in the District of Columbia, there is now concealed a certain person or property, namely (describe the person or property to be searched)
   US currency, clothing, weapons, receipts of recent purchases, and other evidence, fruits and instrumentalities of bank robbery, as further described in Attachment B of the attached affidavit

which is (state one or more bases for search and seizure set forth under Rule 41(c) of the Federal Rules of Criminal Procedure)
   evidence and fruits of crime

concerning a violation of Title 18  United States Code, Section(s) 2113(a) . The facts to support a finding of Probable Cause are as follows:

SEE ATTACHED AFFIDAVIT HEREIN INCORPORATED BY REFERENCE AS IF FULLY RESTATED HEREIN

Continued on the attached sheet and made a part hereof.     ☐ YES   ☒ NO

_____
Signature of Affiant

Sworn to before me, and subscribed in my presence

_____           at Washington, D.C.
Date

_____           _____
Name and Title of Judicial Officer           Signature of Judicial Officer

# AFFIDAVIT IN SUPPORT OF SEARCH WARRANT
## for a 1999 black Chevrolet Tahoe

07-386-M-01

I, Sean M. Fitzgerald, Special Agent with the Federal Bureau of Investigation, Washington Field Office, Washington, D.C. (hereinafter affiant), being duly sworn, depose and state as follows:

1. I am a Special Agent with the Federal Bureau of Investigation and have been so for approximately 25 months. I am currently assigned to the Bank Robbery Squad in Washington, D.C., and have been so since October 2006. I have participated in numerous robbery investigations and search warrants, resulting in the convictions of defendants.

2. This affidavit is submitted in support of a search warrant for a 1999 black Chevrolet Tahoe, _____, registered to **JEROME MARSHALL CARTER**.

3. The facts and information contained in this affidavit are based upon my personal knowledge and the investigation and observations of other officers and agents involved in the investigation. All observations referenced below that were not personally made by me were related to me by the persons who made such observations. This affidavit contains information necessary to support probable cause for this application. It is not intended to include each and every fact and matter observed by me or known to the government. The facts and circumstances of the offense and subsequent identification of the suspect are listed below:

4. On January 10, 2007, at approximately 2:35 p.m., a lone black male robbed Wachovia Bank, 1150 K Street NW, Washington, DC, a federally insured financial institution. The robber verbally demanded money from a teller and showed the teller a silver handgun that he was

2

carrying in his left coat pocket. The teller gave the bank robber $1,895.00, after which the suspect left the bank. Eyewitnesses described the robber as a black male in his late 40's, between approximately 5'7" and 5'8", medium build, with a mustache and thick glasses. The robber was wearing a dark knit hat, dark blue jacket, light blue collared shirt, and tan pants. Clear photographs of the robber were obtained from the bank surveillance cameras.

    5. On January 25, 2007, at approximately 2:19 p.m., a lone black male robbed the Chevy Chase Bank, 901 New York Avenue NW, Washington, DC, a federally insured financial institution. The robber verbally demanded money from a teller and showed the teller a silver semi-automatic handgun that he was carrying in his coat pocket. The teller gave the bank robber $1,531.00, after which the suspect left the bank. The suspect was given a dye pack which exploded shortly after the suspect fled the bank. Eyewitnesses described the robber as a black male in his late 40's to early 50's, approximately 5'4", medium build, with thick glasses. The robber was wearing a black knit hat, black coat, and blue jeans. The bank surveillance cameras inside the bank did not operate; however, clear video was obtained of the robber leaving the bank.

    6. On February 2, 2007, at approximately 1:35 p.m., a lone black male robbed the BB&T Bank, 614 H Street NW, Washington, DC, a federally insured financial institution. The robber verbally demanded money from a teller and showed the teller a silver handgun that he was carrying in his coat pocket. The teller gave the bank robber $1,943.00, after which the suspect left the bank. Eyewitnesses described the robber as a black male in his late 40's to early 50's, between approximately 5'7" and 5'8", with a mustache and thick glasses. The robber was wearing a dark knit hat, blue jacket with big pockets and a hood, and black jeans. Clear

3

photographs of the robber were obtained from the bank surveillance cameras.

7. On February 26, 2007, at approximately 11:20 a.m., a lone black male attempted to rob the Adams National Bank, 802 7th Street NW, Washington, DC, a federally insured financial institution. The robber verbally demanded money from a teller and showed the teller a silver handgun that he was carrying in his coat pocket. The teller stated that she could not understand the suspect. The suspect became agitated and departed the bank on foot. There was no loss to the bank. Eyewitnesses described the robber as a black male in his late 40's to mid 50's, between approximately 5'8" and 5'9", medium build, with a mustache and thick glasses. The robber was wearing a black coat with a hood and blue jeans. Clear photographs of the robber were obtained from the bank surveillance cameras.

8. On June 18, 2007, at approximately 12:24 p.m., a lone black male robbed Wachovia Bank, 1150 K Street NW, Washington, DC, a federally insured financial institution. The robber verbally demanded money from a teller and showed the teller a silver object, which the teller believed was a handgun, wrapped in a white cloth that he was carrying in his left hand. The teller gave the bank robber $1,150.00, after which the suspect left the bank. Eyewitnesses described the robber as black male, in his mid-to-late 50's, between approximately 5'7" and 5'9", medium build, with a mustache and thick glasses. The robber was wearing a blue baseball hat and a light blue collared shirt. Clear photographs of the robber were obtained from the bank surveillance cameras.

9. On June 29, 2007, at approximately 9:21 a.m., a lone black male robbed the United Bank, 1875 I Street NW, Washington, DC, a federally insured financial institution. The robber verbally demanded money from a teller and stated that he had a gun folded in a newspaper and

4

wrapped in a blue terrycloth towel. The teller gave the bank robber $1,070.00, after which the suspect left the bank. Eyewitnesses described the robber as black male, approximately 40-50 years old, between approximately 5'6" and 5'8", slim build, with a mustache and thick glasses. The robber was wearing a blue collared shirt with bright green and white stripes. Clear photographs of the robber were obtained from the bank surveillance cameras.

10. On July 11, 2007, at approximately 9:30 a.m., a lone black male robbed Wachovia Bank, 1100 Connecticut NW, Washington, DC, a federally insured financial institution. The robber verbally demanded money from a teller and stated that he had a gun. The teller gave the bank robber $1,563.00, after which the suspect left the bank. Eyewitnesses described the robber as black male, in his mid-to-late 50's, between approximately 5'7" and 5'9", medium build, with a mustache and thick glasses. The robber was wearing a light blue, white, and green collared shirt. Clear photographs of the robber were obtained from the bank surveillance cameras.

11. On July 16, 2007, at approximately 1:10 p.m., a lone black male robbed Citibank, 1749½ Columbia Road NW, Washington, DC, a federally insured financial institution. The robber verbally demanded money from a teller by stating he had a gun. The teller gave the bank robber $2,880.00, after which the suspect left the bank. Eyewitnesses described the robber as a black male, medium complexion, in his 50's, between approximately 5'5" and 5'9", weighing approximately 170-180 lbs, with a mustache and thick glasses. The robber was wearing a dark blue t-shirt with writing on the left breast and a logo on the left sleeve, believed to be Reebok or Speedo, and jean shorts. Clear photographs of the robber were obtained from the bank surveillance cameras. In addition, evidence technicians recovered a business card from the counter where the suspect was waiting for an available teller before he committed the robbery.

5

12. On Monday, July 23, 2007, at approximately 1:50 p.m., a lone black male walked into the Suntrust Bank, 965 L'Enfant Plaza SW, Washington, DC, a federally insured financial institution, and verbally demanded money from a teller by stating that he had a gun. The teller gave the bank robber $11,210.00, after which the suspect left the bank. Eyewitnesses described the man who robbed the bank as a black male, medium complexion, in his 50's, approximately 5'9", slender build, and weighing approximately 140-145 lbs, with a mustache and thick glasses. The robber was wearing a short-sleeved, button-up shirt with cars on it, and light colored pants. Clear photographs of the robber were obtained from the bank surveillance cameras.

13. Your affiant and other law enforcement officers compared surveillance photographs from the nine bank robberies and determined that the individual depicted in the photographs appears to be similar in age, height, weight, complexion, facial hair and facial characteristics. In addition, the glasses worn by the robber in all nine robberies appeared to be very similar.

14. On or about July 23, 2007, a wanted poster containing surveillance photographs from the July 23, 2007, bank robbery was forwarded to the Court Services and Offender Supervision Agency (CSOSA). On July 24, 2007, a supervisor in the CSOSA office contacted investigators and indicated that the individual in the wanted flyer was **JEROME MARSHALL CARTER**.

15. On July 24, 2007, investigators showed a wanted posted containing surveillance photographs from the July 16, 2007, bank robbery to the proprietor of the business listed on the business card recovered from the scene. The proprietor identified the individual in the photographs as a client of the business named **JEROME CARTER**.

6

16. On July 25, 2007, investigators obtained photographs of **JEROME MARSHALL CARTER**, date of birth April 12, 1949. **JEROME MARSHALL CARTER** is 58 years old, 5'9", and weighed 175 lbs at the time the most recent photograph was taken. **CARTER's** appearance in the photographs is similar in weight, build, complexion, facial hair and facial characteristics to the appearance of the individual depicted in the bank surveillance photographs. In one of the photographs, **JEROME MARSHALL CARTER** also is wearing glasses that appear to be identical to those worn by the bank robber.

17. On July 25, 2007, a photo spread identification procedure was conducted with the Citibank teller who was robbed on July 16, 2007. A photo array consisting of nine photographs of individuals of similar appearance was provided to the teller for review. The teller stated that the photograph depicting **JEROME MARSHALL CARTER** appeared to be the man who robbed the Suntrust Bank on July 23, 2007, but she could not be 100% certain because none of the individuals shown in the photo array was wearing glasses.

18. On July 25, 2007, a photo spread identification procedure was conducted with the Suntrust teller who was robbed on July 23, 2007. A photo array consisting of nine photographs of individuals of similar appearance was provided to the teller for review. The teller positively identified the photograph depicting **JEROME MARSHALL CARTER** as the man who robbed the Suntrust Bank on July 23, 2007. The teller stated that she was 100% certain the man identified in the photo array was the man who robbed her on July 23, 2007.

19. On July 29, 2007, the Metropolitan Police Department Fourth District received a phone call that a person wanted for the armed robbery of a bank was located at the corner of Hamilton and 8th Streets NW, Washington, DC. The caller further stated that the wanted person

7

was wearing a black shirt and blue jeans, and was sitting in a black truck parked in the 700 block of Hamilton Street NW. Metropolitan Police Officer Pokladnik responded to that location and found a black Chevrolet truck with DC temporary license plate          occupied by **JEROME MARSHALL CARTER**. Officer Pokladnik requested an NCIC check on **JEROME MARSHALL CARTER** and discovered a warrant for Robbery of a Bank, issued on 07/23/2007, which was sworn out by your affiant. Officer Pokladnik also requested vehicle registration information for the 1999 Chevrolet Tahoe, VIN                      DC temporary tag           and determined that the registered owner of the vehicle is **JEROME MARSHALL CARTER,**                              Officer Pokladnik arrested **JEROME MARSHALL CARTER** and his vehicle was transported to a secure location at the Metropolitan Police Department Fourth District Headquarters.

20. Based on your affiant's training and experience, along with training and experience of other agents and law enforcement officers, your affiant knows that individuals who rob banks often keep evidence of the crimes they commit with them. These items often include money, bank money wrappers, maps depicting the locations of banks and escape routes, weapons, items of clothing worn during the robberies, and clothing discolored from a dye-pack activation.

21. Based on the foregoing, there is probable cause to believe that between on or about January 10, 2007 and July 23, 2007, within the District of Columbia, the defendant, **JEROME MARSHALL CARTER**, did unlawfully, knowingly and intentionally, rob and attempt to rob nine banks, as set forth above, in violation of 18 U.S.C. 2113(a), and that the clothing and

8

instrumentalities of these crimes are located in his vehicle, a 1999 Black Chevrolet Tahoe, VIN

_____
Sean M. Fitzgerald, Special Agent
Federal Bureau of Investigation

Sworn and subscribed to before me this _____ day of July, 2007    JUL 31 2007

_____
United States Magistrate Judge
District of Columbia

**DEBORAH A. ROBINSON**
U.S. MAGISTRATE JUDGE

## ATTACHMENT A

1999 Black Chevrolet Tahoe, VIN currently located at the Metropolitan Police Department Fourth District Headquarters, 6001 Georgia Avenue NW, Washington, DC.

## ATTACHMENT B
Items to be Seized

1. Articles of clothing, including but not limited to:
    a. black knit hat
    b. blue knit hat
    c. black coats
    d. blue coats
    e. light blue collared shirt
    f. blue baseball hat
    g. blue short sleeved, collared shirt with green and white stripes
    h. light blue, white and green collared shirt
    i. dark blue t-shirt with writing along the left breast and a logo on the left sleeve resembling Reebok or Speedo
    j. short-sleeved, button-up shirt with pictures of cars
    k. blue terrycloth towel
    l. white cloth

2. Weapons, including but not limited to, a silver gun.

3. Maps and/or items displaying the location of banking institutions or Metro stations and routes.

4. US currency.

5. US Currency wrappers.

6. Receipts of recent purchases made with cash.

7. Items to prove ownership and means of purchase of a 1999 black Chevrolet Tahoe, VIN

8. Documents related to JEROME MARSHALL CARTER, including but not limited to, cellular telephone bills, hotel receipts, Metro passes, mail, and proof of residency.