AO93(Rev.5/85)Search Warrant

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

In the Matter of the Search of
(Name, address or brief description of person or property to be searched)

1999 black Chevrolet Tahoe,
VIN
DC temporary tag

**SEARCH WARRANT**

CASE NUMBER:

07-386-M-01

TO: ___Sean Fitzgerald___ and any Authorized Officer of the United States

Affidavit(s) having been made before me by _Special Agent Sean Fitzgerald_ who has reason to believe that
(name, description and or location)

in a 1999 black Chevrolet Tahoe, VIN                    DC temporary tag

in the District of Columbia, there is now concealed a certain person or property, namely (describe the person or property)

US currency, clothing, weapons, receipts of recent purchases, and other evidence, fruits and instrumentalities of bank robbery

I am satisfied that the affidavits(s) and any recorded testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

YOU ARE HEREBY COMMANDED to search on or before ___August 10, 2007___
(Date)
(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search ☑ (in the daytime - 6:00 A.M. to 10:00 P.M.) ☐ (at any time in the day or night as I find reasonable cause has been established) and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to the undersigned U.S. Judge/U.S. Magistrate Judge, as required by law.

JUL 31 2007 @ 12:25 PM                at Washington, D.C.
Date and Time Issued
DEBORAH A. ROBINSON
U.S. MAGISTRATE JUDGE
Name and Title of Judicial Officer                    Signature of Judicial Officer

# RETURN

| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
|---|---|---|
| 07/31/2007 | 07/31/2007, 2:00PM | MPD 4th DISTRICT PROPERTY CLERK |

**INVENTORY MADE IN THE PRESENCE OF** SPECIAL AGENT JEFFERY JOHANNES, FBI

**INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT**

SEE ATTACHED FD-597

FILED

AUG 1 4 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## CERTIFICATION

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant.

_[signature]_

Subscribed, sworn to, and returned before me this date.

_[signature]_  U.S. Judge or U.S. Magistrate Judge    8-14-07  Date

# UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION
### Receipt for Property Received/Returned/Released/Seized

File # 91A-WF-236677

On (date) 07/31/2007

item(s) listed below were:
- [X] Received From
- [ ] Returned To
- [ ] Released To
- [ ] Seized

(Name) Items from Chevrolet Tahoe DC
(Street Address) MPD - 4th District
(City) Washington, DC

Description of Item(s):
1- Grey Backpack w/ personal items
Misc. Clothing
1- Diamond (possible)
Personal Papers/Documents

NOTHING ELSE FOLLOWS
SA Aaron Hours
Aaron Hours 07/31/2007

Received By: Aaron Hours / SA A. (Signature)

Received From: N/A (Signature)